**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7036**

ROBERT L. HEDRICK,

       Plaintiff - Appellant,

     v.

UNITED STATES OF AMERICA; DR. PATRICK CRAFT; OFFICER
CUNNINGHAM; OFFICER CAMPBELL; OFFICER WILLIAMS; OFFICER
STANCIL; SIS OFFICER CONYER; A. W. RUPSKA,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at
Raleigh.  Terrence W. Boyle, District Judge.  (5:19-ct-03302-BO)

Submitted:  May 21, 2021                         Decided:  June 8, 2021

Before GREGORY, Chief Judge, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert L. Hedrick, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Hedrick appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Hedrick v. United States*, No. 5:19-ct-03302-BO (E.D.N.C. June 26, 2020). We grant in part and deny in part Hedrick's motion to seal (ECF No. 6), by sealing his declaration filed at ECF No. 11, but otherwise denying the motion to seal. *See* 4th Cir. R. 25(c)(2)(A)(iii). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*